

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 Vesey Street, Brookfield Place, Room 400
New York, New York 10281-1022

John J. Graubard  
Senior Attorney

Phone: 212-336-0084  
E-mail: graubardj@sec.gov

February 26, 2014

**VIA ECF**

Hon. Paul A. Crotty  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

      Re:    *Securities and Exchange Commission v. Walter Gerasimowicz*, 14 MC 30 (JGK)

Dear Judge Crotty:

      I am writing to confirm that the Securities and Exchange Commission does not object to the pro se respondent's request in this matter for an extension of his time to file opposition papers in this matter to Friday, February 28, 2014 at 12:00 noon.

      Respectfully,

*John J. Graubard*  
John J. Graubard  
Senior Attorney

cc:    Mr. Walter Gerasimowicz  
       (wg30476@gmail.com)

       Mr. Don Fletcher  
       (Fax to 212-805-7912)