UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Petitioner - Judgment Creditor,<br><br>                                - against -<br><br>WALTER V. GERASIMOWICZ, MEDITRON ASSET MANAGEMENT, LLC, and MEDITRON MANAGEMENT GROUP, LLC,<br><br>                             Respondents - Judgment Debtor. | 1:14-mc-30 (P1) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                               Petitioner - Judgment Creditor,<br><br>                                - against -<br><br>WALTER V. GERASIMOWICZ,<br><br>                               Respondent - Judgment Debtor,<br><br>                                - and -<br><br>FIVE STATES CONSOLIDATED I, LTD, FIVE STATES CONSOLIDATED II, LTD, and FIVE STATES CONSOLIDATED III, LTD,<br><br>                                Garnishees. | **<u>MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR A CHARGING ORDER AS TO THE INTEREST OF WALTER V. GERASIMOWICZ</u>** |

      The Petitioner - Judgment Creditor Securities and Exchange Commission (the "Commission") respectfully moves for a charging order pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, New York Civil Practice Law and Rules 5225 and 5227, Texas Business Organizations Code § 153.256 (Vernon), and the inherent power of this Court to enforce its judgments with respect to the interest of the Respondent - Judgment Debtor Walter V. Gerasimowicz ("Gerasimowicz") in and to Five States Consolidated I, Ltd. ("Five States I"),

Five States Consolidated II, Ltd. ("Five States II"), and Five States Consolidated III, Ltd. ("Five States III") (collectively the "Five States Partnerships"), and submits in support thereof the Declaration of John J. Graubard and the Exhibits thereto, the Declaration of John J. Graubard pursuant to Local Civil Rule 6.1(d), and the proposed Order to Show Cause,

Dated: New York, New York
September 12, 2014

/s/ Howard Fischer
HOWARD FISCHER,
   Senior Trial Counsel

/s/ John J. Graubard
JOHN J. GRAUBARD,
   Senior Counsel

Of Counsel:
MARSHA C. MASSEY,
   Supervisory Trial Attorney
   Office of Collections

PANAYIOTA K. BOUGIAMAS,
   Assistant Regional Director
CATHERINE E. LIFESO,
   Senior Counsel

SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street (Brookfield Place), Room 400
New York, NY 10281-1022
Tel.: 212-336-0589 (Fischer)
     212-336-0084 (Graubard)
Fax: 212-336-1353
E-mail: fischerh@sec.gov (Fischer)
     graubardj@sec.gov (Graubard)